**DISTRICT OF MASSACHUSETTS**

MEYER JUAN DE LEON BARRIOS,

Petitioner,

v.

DAVID WESLING, Field Office Director of ICE ERO in the Boston Field Office; PATRICIA HYDE, Acting Field Office Director; U.S. Immigration & Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, U.S. Attorney General,

Respondents.

Civil Action No. 1:26-cv-10266-FDS

**RESPONDENTS' STATUS REPORT**

Respondents respectfully provide this status report to notify the Court that, according to information provided to undersigned counsel from ICE's Enforcement and Removal Operations, Petitioner was released from ICE custody on February 6, 2026.

Dated: February 6, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Anuj K. Khetarpal*

Anuj K. Khetarpal
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3658
Anuj.Khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on February 6, 2026.

*/s/ Anuj K. Khetarpal*
Anuj K. Khetarpal
Assistant U.S. Attorney